```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| **LITIGATION SUPPORT SERVICES, LLC.** | : <br> : CIVIL ACTION <br> : |
| **V.** | : NO.: 19-CV-01574 <br> : |
| **LYAMPERT, ET AL.** | : |

## O R D E R

**AND NOW**, on this **22nd** day of **May, 2019**, it is hereby **ORDERED** that the pretrial conference and hearing to consider Defendants' Motions to Dismiss and to Disqualify Counsel (ECF Nos.: 3/4) previously scheduled for May 28, 2019 is hereby **RESCHEDULED and will now be held on June 10, 2019 at 10:00 a.m. before the Honorable Eduardo C. Robreno in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

**IT IS SO ORDERED.**

```
                        /s/ Eduardo C. Robreno
                        EDUARDO C. ROBRENO,   J.
```