Elena Lyampert
25531 Prado De Azul
Calabasas, CA 91302
elyampert@yahoo.com

July 15, 2019

Honorable Eduardo C. Robreno
United States District Judge for the Eastern District of Pennsylvania
Room 15614, Courtroom 15-A

Re: June 10th Order for case 19-01574

Dear Judge Robreno,

We are writing in regards to your order dated June 10th. For the past week or so we have not had an attorney and have been trying to find one. All defendants are located in California so it is difficult for us to find an attorney in Philadelphia. Can you please give us an extension on the 30 day provision so we can find adequate counsel and properly represent ourselves? We would greatly appreciate it.

Respectfully,

Defendants

*Order File of record.*

*[signature] J.*