```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LITIGATION SUPPORT SERVICES,    :  CIVIL ACTION
LLC,
                                :  NO. 19-01574
     Plaintiff,                 :
                                :
v.                              :
                                :
ARKADIY LYAMPERT; ELENA         :
LYAMPERT; ANNA LYAMPERT; EAA    :
INVESTMENTS, LLC; VRLA TECH,    :
LLC; VALLEY VIEW GRANTOR        :
RETAINED INCOME TRUST; SECOND   :
VALLEY VIEW GRANTOR RETAINED    :
INCOME TRUST                    :
                                :
     Defendants.                :
```

**O R D E R**

**AND NOW**, this **16th** day of **July, 2019**, upon consideration of correspondence from Defendants, made of record, it is hereby **ORDERED** that the parties' counsel of record, George Bochetto, Esq. and David Crossett, Esq., shall attend a telephone conference on **July 17, 2019 at 11:00 a.m.** George Bochetto, counsel for Plaintiff, shall ensure that, once all parties are on the line, the call is placed directly to Chambers at 215-597-4073.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,     J.*