# Nicole Spicer

| | |
|---|---|
| **From:** | William Mulgrew <william@cornerstonelaw.us> |
| **Sent:** | Tuesday, July 16, 2019 12:06 PM |
| **To:** | RobrenoCorrespondence |
| **Cc:** | David Crossett; joconnell@bochettoandlentz.com; gbochetto@bochettoandlentz.com |
| **Subject:** | Unavailability of Counsel for Teleconference - Litigation Support Services, LLC v. Lyampert, C.A. No. 2:19-CV-01574-ER |

Dear Judge Robreno:

Attorney David Crossett, who represents Defendants in the above-captioned case, requested that I inform the Court that Mr. Crossett is not available for the teleconference which the Court scheduled for tomorrow (July 17th) at 11:00 a.m. Mr. Crossett will be attending a deposition at that time.

Mr. Crossett is available for a teleconference with the Court this week at the following times:
- Thursday, July 18th, any time after 12 p.m.
- Friday, July 19th, between 11:30 a.m. and 2 p.m.

Otherwise, Mr. Crossett requests that the teleconference be scheduled for some other time based on his availability.

Opposing counsel, Mr. George Bochetto and Mr. John O'Connell, are copied on this e-mail.

Very truly yours,

William Mulgrew
Legal Assistant

**CORNERSTONE LAW FIRM**
8500 Allentown Pike, Suite 3
Blandon, PA 19510
Phone: 610-926-7875
Fax: 484-930-0054
CornerstoneLaw.us

*Order to be filed of record*

[Signed] /s/ E. Robreno
7/16/19.

RECEIVED
JUL 16 2019
CHAMBERS OF
JUDGE ROBRENO

1