IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LITIGATION SUPPORT SERVICES, LLC, | : CIVIL ACTION<br>:<br>: NO. 19-01574 |
|     Plaintiff, | :<br>: |
| v. | :<br>: |
| ARKADIY LYAMPERT; ELENA LYAMPERT; ANNA LYAMPERT; EAA INVESTMENTS, LLC; VRLA TECH, LLC; VALLEY VIEW GRANTOR RETAINED INCOME TRUST; SECOND VALLEY VIEW GRANTOR RETAINED INCOME TRUST | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
|     Defendants. | : |

**O R D E R**

**AND NOW**, this **16th** day of **July, 2019**, upon consideration of an email from the Office of Cornerstone Law Firm and signed by a "legal assistant"[1], which the Court will construe as a Motion for Reconsideration of the Court's Order of July 16, 2019 (ECF#: 24), directing David Crossett, Esquire to

---

[1] All correspondence with the Court must be signed by an attorney.

appear by telephone[2] on July 17, 2019 at 2:00 p.m., at a status conference in this case, the motion is **DENIED.**[3]

                                   **AND IT IS SO ORDERED.**

                                   */s/ Eduardo C. Robreno*
                                   *EDUARDO C. ROBRENO,    J.*

---

[2] Mr. Crossett's clients claim they are not represented by counsel. Mr. Crossett entered an appearance and appeared at a hearing before the Court. He is counsel of record subject to the jurisdiction of this Court and may not abandon their representation without leave of the Court. His asserted reason for seeking a continuance of the telephone conference does not constitute good cause. He failed to contact his adversary, does not explain why he cannot adjourn the deposition for a brief period of time to participate by telephone in this status conference. Moreover, he attempts to dictate arbitrarily the future dates he is available for a conference.

[3] Failure to appear by telephone as required by the Court will be a basis for the imposition of monetary sanctions on Mr. Crossett and report to the Pennsylvania Disciplinary Board.