IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LITIGATION SUPPORT SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADIY LYAMPERT, et al. | : | NO. 19-1574 |

**ORDER**

**AND NOW**, this 17th day of July, 2019, pursuant to the Order of the Honorable Eduardo C. Robreno, United States District Judge, dated July 17, 2019 (Doc. #27) it is hereby

ORDERED

that:

1. The coin-toss proceeding, in accordance with provisions of paragraph #12 of the Long-Term Engagement Agreement, shall take place on **August 15, 2019** at **2:00 p.m.**, in Courtroom 3C, United States Courthouse, 601 Market Street, Philadelphia, PA. No later than **August 12, 2019**, the parties shall each file with the Clerk of the Court a notice of designation of the person who will appear on their behalf to perform the coin-toss, as required by Judge Robreno's Order; and

2. The Court will conduct a settlement conference immediately after the completion of the coin-toss.

BY THE COURT:

*s/ Thomas J. Rueter*
THOMAS J. RUETER
United States Magistrate Judge