IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LITIGATION SUPPORT SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADIY LYAMPERT, et al. | : | NO.  19-1574 |

## ORDER

**AND NOW**, this 31st day of July, 2019, upon consideration of the letter request of defendant Anna Lyampert to the Honorable Eduardo C. Robreno dated July 30, 2019, to designate one defendant to attend the settlement conference on August 15, 2019 at 2:00 p.m., is granted, provided that, a Stipulation is filed with the Clerk of the Court no later than August 12, 2019, signed by all defendants stating:

1. the name of the defendant who will appear on behalf of all defendants for the coin-toss;

2. the name of the defendant who will appear on behalf of all defendants for the settlement conference; and

3. that all other defendants will be available at all times by telephone during the settlement conference.

BY THE COURT:

_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge