IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LITIGATION SUPPORT SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADIY LYAMPERT, et al. | : | NO. 19-1574 |

## STIPULATION TO ATTEND COIN TOSS AND

## SETTLEMENT CONFERENCE ON AUGUST 15, 2019

    IT IS HEREBY STIPULATED AND AGREED by all the defendants that on behalf of all defendants, defendant Anna Lyampert will attend the coin toss and settlement conference on August 15, 2019 at 2:00pm. All other defendants will be available at all times by telephone during the settlement conference.

| | |
|---|---|
| Arkadiy Lyampert | _[signature]_ |
| Elena Lyampert | _[signature]_ |
| Anna Lyampert | _Anna Lyampert_ |
| EAA Investments, LLC | _[signature]_ |
| VRLA Tech, LLC. | _Anna Lyampert_ |
| Valley View Grantor Retained Income Trust | _[signature]_ |
| Second Valley View Grantor Retained Income Trust | _[signature]_ |

_Order to be filed of record_

8/8/2019.    _[signature]_