UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------
| | |
|---|---|
| Litigation Support Services, LLC, : | |
| : | |
| Plaintiff, : | |
| : | No. 2:19-CV-01574-ER |
| v. : | |
| : | |
| Arkadiy Lymapert, Elena Lyampert, : | |
| Anna Lyampert, EAA Investments, LLC, : | |
| VRLA Tech, LLC, Valley View Grantor : | JURY TRIAL DEMANDED |
| Retained Income Trust, and Second : | |
| Valley View Grantor Retained Income : | |
| Trust, : | |
| Defendants. : | |

## PLAINTIFF'S DESIGNATION OF REPRESENTATIVE FOR COIN TOSS PROCEEDING

Plaintiff Litigation Support Services, by and through its undersigned counsel, Bochetto & Lentz, P.C., hereby designates George Bochetto, Esq., its counsel in this case, as its representative for the Coin Toss Procedure in the Long-Term Engagement Agreement pursuant to the Order of July 17, 2019.

Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: August 12, 2019          By:    /s/ George Bochetto
                                       George Bochetto, Esquire
                                       David P. Heim, Esquire
                                       1524 Locust Street
                                       Philadelphia, PA 19102
                                       (215) 735-3900
                                       gbochetto@bochettoandlentz.com
                                       dheim@bochettoandlentz.com
                                       *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, George Bochetto, Esquire hereby certify that on August 12, 2019, I caused a true and correct copy of the foregoing Designation of Representative for Coin Toss Proceeding to be served via first class mail upon all parties as follows:

Arkadiy Lyampert
25531 Prado De Azul
Calabasas, CA  91302

Elena Lyampert
25531 Prado De Azul
Calabasas, CA  91302

Anna Lyampert
25531 Prado De Azul
Calabasas, CA  91302

EAA Investments, LLC
25531 Prado De Azul
Calabasas, CA  91302

VRLA Tech, LLC
673 Variel Avenue
Canoga Park, CA  91303

Valley View
Grantor Retained Income Trust
25531 Prado De Azul
Calabasas, CA  91302

Second Valley View Grantor Retained Income Trust
25531 Prado De Azul
Calabasas, CA  91302

**BOCHETTO & LENTZ, P.C.**

BY:  */s/ George Bochetto, Esquire*
George Bochetto, Esquire
David Heim, Esquire
1524 Locust Street
Philadelphia, PA 19102
*Attorneys for Plaintiffs*