IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LITIGATION SUPPORT SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADIY LYAMPERT, et al. | : | NO. 19-1574 |

## ORDER

**AND NOW**, this 15th day of August, 2019, pursuant to the Order of the Honorable Eduardo C. Robreno, United States District Judge, dated July 17, 2019 (Doc. 27), the court conducted a hearing today, August 15, 2019, to perform a coin toss pursuant to the parties' Long Term Engagement Agreement.  The coin toss proceeding was placed on the record.  In accordance with the protocol signed by the parties and attached hereto, the result of the coin toss was in plaintiff's favor.

Pursuant to Paragraph 4 of Judge Robreno's Order, the parties are required to "file a joint statement explaining the outcome of the coin toss and which arbitration service has been selected by the winner, including the location of the arbitration proceedings" within twenty-four hours of the completion of the coin toss.  (Doc. 27 at 3.)

BY THE COURT:

*/s/ Thomas J. Rueter*
THOMAS J. RUETER
United States Magistrate Judge

August 15, 2019

**Litigation Support Services v. Lyampert, <u>et al</u>.**
**Coin Toss**
Civil Action No. 19-1574
Hon. Thomas J. Rueter

Plaintiff's Representative:      George Bochetto, Esq.
Defendants' Representative:  Anna Lyampert

1. The parties shall both have the opportunity to inspect the coin used for the coin toss.

2. Plaintiff's representative shall designate his choice of (circle & initial): **(HEADS)** or **TAILS** The parties' respective designations will then be placed on the record.

3. Pursuant to Paragraph 12 of the Long Term Engagement Agreement, defendants' representative will perform the coin toss.

4. Once the coin is in the air, the parties shall both step back away from the coin.

5. After the coin has landed, Judge Rueter's deputy and law clerk shall announce the result of the coin toss for the record.

6. Plaintiff's representative shall approach the coin and verify the result of the coin toss on the record.

7. Defendants' representative shall approach the coin and verify the result of the coin toss on the record.

The parties have reviewed the above coin toss procedures and have no objections thereto:

_____                              _____
George Bochetto, Esq.                                          Anna Lyampert
Representative for Plaintiff                                 Representative for Defendants

Date:                                                                        Date: