# BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1524 LOCUST STREET

PHILADELPHIA, PA 19102

----

TELEPHONE: (215) 735-3900

TELECOPIER: (215) 735-2455

----

FIRM WEB SITE:

www.bochettoandlentz.com

E-MAIL ADDRESS:

gbochetto@bochettoandlentz.com

GEORGE BOCHETTO†^
GAVIN P. LENTZ*
JEFFREY W. OGREN*
DAVID P. HEIM*
VINCENT van LAAR*
BRYAN R. LENTZ*
JOHN A. O'CONNELL*
PETER R. BRYANT*
ANTON KAMINSKY*
DANIELLE CHILDS
KIERSTY M. DeGROOTE •

ALBERT M. BELMONT, III*
OF COUNSEL

JANINE BAKER
JOANNE GUARALDO
MARGARET E. R. KAMINS
TUESDAY WOLF
SUSAN FLAHERTY
QUINN GALLAGHER
PARALEGALS

PRACTICE DEDICATED TO LITIGATION
AND NEGOTIATION MATTERS

NEW JERSEY OFFICE
-------
141 HIGH STREET
MOUNT LAUREL NJ 08060
TELEPHONE: (856) 722-9595
TELECOPIER: (856) 722-5511
-------

* ADMITTED TO NEW JERSEY BAR
† ADMITTED TO NEW YORK BAR
• ADMITTED TO VIRGINIA BAR
^ ADMITTED TO D.C. BAR

August 16, 2019

**VIA ECF and Hand Delivery**

Hon. Eduardo C. Robreno
James A. Byrne U.S. Courthouse, Room 15614
601 Market Street
Philadelphia, PA 19106-1705

    RE:   *LSS v. Lyampert, et al.*
             E.D. Pa. 19-1574

Dear Judge Robreno;

*[Handwritten annotation: Order to be filed of record. 8/19/19. [signature]]*

Plaintiff in the above captioned matter, Litigation Support Services, LLC, appeared at Judge Rueter's Courtroom on Aug 15, 2019, and won the coin toss (Heads.). This result was duly certified by Judge Rueter and his staff, and agreed to by the representative (also present) for all of the defendants, Anna Lyampert, Esq.

Thus, in accordance with Your Honor's Order—and that of Judge Rueter's Plaintiff hereby designates former Magistrate Judge John Hughes (Ret.) of the Philadelphia JAMS organization to conduct the arbitration under its expedited procedures. I have confirmed with Judge Hughes' staff that he is available to so serve, and can conduct the arbitration in October 2019.

In this regard, Plaintiff also hereby submits a proposed Order for Your Honor's consideration.

I thank the Court for its consideration of these matters.

**BOCHETTO & LENTZ, P.C.**
August 16, 2019
Page **2** of **2**

 

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: _____
George Bochetto, Esquire

cc: Judge Rueter (Via Hand Delivery)
Andrew Mogilyansky (Via email: andrew@litigationaid.com)
Anna Lyampert (Via email: Annalyampert@yahoo.com)
Hunter Hollis (via email: HHollis@Jamsadr.com)
Arkadiy Lyampert (kamaz46@yahoo.com)
Elena Lyampert (elyampert@yahoo.com)