## BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1524 LOCUST STREET

PHILADELPHIA, PA 19102

----

TELEPHONE: (215) 735-3900

TELECOPIER: (215) 735-2455

----

FIRM WEB SITE:

www.bochettoandlentz.com

E-MAIL ADDRESS:

gbochetto@bochettoandlentz.com

GEORGE BOCHETTO†^
GAVIN P. LENTZ*
JEFFREY W. OGREN*
DAVID P. HEIM*
VINCENT van LAAR*
BRYAN R. LENTZ*
JOHN A. O'CONNELL*
PETER R. BRYANT*
ANTON KAMINSKY*
DANIELLE CHILDS
KIERSTY M, DeGROOTE *
------
ALBERT M. BELMONT, III*
OF COUNSEL
------
JANINE BAKER
JOANNE GUARALDO
MARGARET E. R. KAMINS
TUESDAY WOLF
SUSAN FLAHERTY
QUINN GALLAGHER
PARALEGALS

PRACTICE DEDICATED TO LITIGATION
AND NEGOTIATION MATTERS

NEW JERSEY OFFICE
------
141 HIGH STREET
MOUNT LAUREL NJ 08060
TELEPHONE: (856) 722-9595
TELECOPIER: (856) 722-5511

------

* ADMITTED TO NEW JERSEY BAR
† ADMITTED TO NEW YORK BAR
* ADMITTED TO VIRGINIA BAR
^ ADMITTED TO D.C. BAR

August 23, 2019

**VIA ECF and Hand Delivery**

Hon. Eduardo C. Robreno
James A. Byrne U.S. Courthouse, Room 15614
601 Market Street
Philadelphia, PA 19106-1705

    RE:    *LSS v. Lyampert*
               E.D. Pa. 19-1574

Dear Judge Robreno;

I write this letter requesting a correction of Your Honor's Order of August 20, 2019 (CM/ECF No. 44).

In my letter of August 16, 2019, advising Your Honor of the outcome of the coin-toss procedure and Plaintiff's choice of method and place for the arbitration, I indicated that Plaintiff chose JAMS as the arbitration service and "the method of arbitration under its expedited procedures." Under the tight time constraint within which I needed to send my submission to this Court, I used the word "expedited" instead of "streamlined," and respectfully request that this Court modify its Order of August 20, 2019, to reflect the use of the JAMS Streamlined Rules and Procedures.

JAMS uses two standardized sets of rules, in general, to conduct arbitration. Under the JAMS Comprehensive Arbitration Rules & Procedures (July 1, 2014), selection of an arbitrator is performed according to Rule 15 of those rules, the rule indicated by Your Honor for use in the Order of August 20, 2019. Under the JAMS Streamlined Arbitration Rules & Procedures (July 1, 2014)—the method intended and designated by the Plaintiff—selection of an arbitrator is done pursuant to Rule 12 of those rules.

**BOCHETTO & LENTZ, P.C.**
August 23, 2019
Page **2** of **2**

Plaintiff thus respectfully requests that this Court modify or correct its Order of August 20, 2019, to state that the method of arbitration shall be JAMS Streamlined Arbitration Rules & Procedures and that the arbitrator shall be selected pursuant to Rule 12 of those rules.

Plaintiff also respectfully requests that the revised Order clarify that the decision of the JAMS arbitrator be final and binding on all parties pursuant to the language of Para. 12 of the LTEA.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: _____
George Bochetto, Esquire

cc: Judge Rueter (Via Hand Delivery)
Andrew Mogilyansky (Via email: andrew@litigationaid.com)
Anna Lyampert (Via email: Annalyampert@yahoo.com)
Elena Lyampert (Via email: elyampert@yahoo.com)
Arkadiy Lyampert (Via email: kamaz46@yahoo.com)