IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LITIGATION SUPPORT SERVICES, LLC  :  CIVIL ACTION
:
:
v.  :
:
ARKADIY LYAMPERT, et al.  :  NO. 19-1574

## **ORDER**

**AND NOW**, this 10th day of September, 2019, upon consideration of request of

defendants, the settlement conference scheduled for **Wednesday, September 11, 2019 at 10:00**

**a.m.** is **CANCELLED.**

BY THE COURT:

THOMAS J. RUETER
United States Magistrate Judge