# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------

| | | |
|---|---|---|
| Litigation Support Services, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 2:19-CV-01574-ER |
| v. | : | |
| | : | |
| Arkadiy Lymapert, Elena Lyampert, | : | |
| Anna Lyampert, EAA Investments, LLC, | : | |
| VRLA Tech, LLC, Valley View Grantor | : | JURY TRIAL DEMANDED |
| Retained Income Trust, and Second | : | |
| Valley View Grantor Retained Income | : | |
| Trust, | : | |
| Defendants. | : | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

This Court, by Order dated August 14, 2020, directed Plaintiff Litigation Support

Services, LLC, to show cause why this case should not be dismissed for lack of prosecution.

Plaintiff respectfully submits that the matter is settled.


Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: September 14, 2020          By:    /s/ George Bochetto
                                          George Bochetto, Esquire
                                          David P. Heim, Esquire
                                          1524 Locust Street
                                          Philadelphia, PA 19102
                                          (215) 735-3900
                                          gbochetto@bochettoandlentz.com
                                          dheim@bochettoandlentz.com
                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, George Bochetto, Esquire hereby certify that on September 14, 2020, I caused a true and correct copy of the foregoing Plaintiff's Response to Order to Show Cause to be served via ECF Court notification and First Class Mail upon all parties as follows:

David W. Crossett, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510

Chaim Woolf
Woolf & Nachimson, LLP
1100 Glendon Avenue, Suite 1500
Los Angeles, CA 90024

**BOCHETTO & LENTZ, P.C.**

BY:    */s/ George Bochetto*
George Bochetto, Esquire
David Heim, Esquire
1524 Locust Street
Philadelphia, PA 19102
*Attorneys for Plaintiff*